# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:28 pm, 10/22/24

**Margaret Botkins**
**Clerk of Court**

HENRY ET AL

Plaintiff,

vs.

BORCHARDT

Defendant.

Case Number: 1:23-CV-00213-SWS

## CIVIL MINUTE SHEET ORAL RULING

☒ This Minute Sheet also contains a Minute Order
☐ This was a Telephonic Hearing

Date: 10/22/2024     Time: 2:28 - 2:58 PM

| Scott W. Skavdahl | Elayna Thorsell | Megan Strawn | Rachel Emendorfer |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   James Ragain, David Michael Clark

Attorney(s) for Defendant(s)   Claire Fuller, Erin Melsheimer

| Party | Pleading# | Motion To/For | Disposition |
|---|---|---|---|
| Plaintiff | 54 | Strike Testimony of Defendant's Undisclosed Expert Witnesses | Granted |
| Defendant | 56 | Order Prohibiting Plaintiff's Witnesses from Testifying Remotely at Trial | Granted |
| Defendant | 57 | Order to Exclude Medical Expenses Testimony and Evidence | Granted |

Other:

The Court ruled on the above motions via Zoom videoconference. The Court granted [54] Motion to Strike Testimony to the extent the testimony is beyond limited fact witness testimony, granted [56] Motion for Order Prohibiting Plaintiff's Witnesses from Testifying Remotely, and granted [57] Order to Exclude Medical Expenses Testimony and Evidence for reasons as stated on the record and incorporated herein.

The Court discussed timing of the trial with the parties.