FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 NOV 25  AM 9:49

MARGARET BOTKINS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| B.H., a minor, by her next friends, ELAINE HENRY and BEN HENRY, | |
| Plaintiff, | Case No.: 1:23-CV00213 |
| vs. | |
| COLE BORCHARDT, | |
| Defendant. | |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

The Court having reviewed the parties' Stipulated Motion to Dismiss with Prejudice hereby GRANTS the stipulated motion and ORDERS that the action be dismissed with prejudice, each side to pay its own fees and costs.

DATED this 25th day of November 2024.

Scott W. Skavdahl
United States District Judge